UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| TRACY WEBB, | ) | 3:17-cv-00300-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **REPORT & RECOMMENDATION** |
| | ) | **OF U.S. MAGISTRATE JUDGE** |
| vs. | ) | |
| | ) | |
| ATLANTIS SECURITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This Report and Recommendation is made to the Honorable Miranda M. Du, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR 1B 1-4.

Plaintiff filed an application to proceed in forma pauperis (IFP) and pro se complaint on May 11, 2017. (ECF Nos. 1, 1-1.) On June 29, 2017, the undersigned issued an order denying Plaintiff's IFP application without prejudice, and directing Plaintiff to file a new, complete application which clearly set forth the income and expenses within thirty days. (ECF No. 3.) The order was returned as undeliverable. (ECF No. 4.) To date, Plaintiff has neither provided an update address nor a completed IFP application. Therefore, the court recommends dismissal of this action without prejudice.

**RECOMMENDATION**

**IT IS HEREBY RECOMMENDED** that the District Judge enter an order **DISMISSING** this action **WITHOUT PREJUDICE**.

Plaintiff should be aware of the following:

1. Plaintiff may file, pursuant to 28 U.S.C. § 636(b)(1)(C), specific written objections to this Report and Recommendation within fourteen days of receipt. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the district judge.

2. This Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed until entry of judgment by the district court.

DATED: August 2, 2017.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE